UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON BRUCE MORLEY,<br><br>          Plaintiff,<br><br>   vs.<br><br>SPOKANE COUNTY,<br><br>          Defendant. | NO.  CV-09-325-EFS<br><br>**ORDER DISMISSING ACTION** |

    By Order filed January 4, 2010, the court denied Plaintiff's application to proceed in forma pauperis under 28 U.S.C. § 1915(g) as he had filed at least three civil actions in forma pauperis in this District which were dismissed as frivolous or for failure to state a claim: *Morley v. Thomas et al.,* CS-02-310-CI; *Morley v. Spokane County Jail et al.*, CV-04-5047-LRS; and *Morley v. Department of Corrections et al.,* CV-04-5092-LRS.  Plaintiff did not assert in his complaint he was in imminent danger of serious physical injury.

    The court directed Mr. Morley to pay the $350.00 filing fee to commence this action under 28 U.S.C. § 1914.  He has not done so. Copies of the court's previous Orders have been sent to Mr. Morley at the Spokane County Jail, but were returned as undeliverable.  Mr. Morley

ORDER DISMISSING ACTION -- 1

has not kept the court apprised of his current address and he has filed nothing further in this action.

Accordingly, **IT IS ORDERED** this action is **DISMISSED** for failure to comply with the filing fee requirements of 28 U.S.C. § 1914. The District Court Executive is directed to enter this Order, enter judgment and forward copies to Plaintiff at his last known address. The court finds any appeal of this decision would not be taken in good faith.

**DATED** this ___1st___ day of February 2010.


                                     s/Edward F. Shea
                                     EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2009\9cv325efs-2-1-dis.wpd

ORDER DISMISSING ACTION -- 2