AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SHANNON BRUCE MORLEY,

                Plaintiff,

                JUDGMENT IN A CIVIL CASE

        v.

SPOKANE COUNTY,

                CASE NUMBER: CV-09-325-EFS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed pursuant to the Order Dismissing Action entered on February 1, 2010, Ct Rec 9.

February 1, 2010                                                             JAMES R. LARSEN
*Date*                                                                            *Clerk*
                                                                                s/ Cora Vargas
                                                                                *(By) Deputy Clerk*
                                                                                Cora Vargas